# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEALTH TRANSFER PLANNING, INC., a California Corporation,<br><br>　　　　Defendant. | Case No. 07 CV 844 JM (BLM)<br><br>ORDER GRANTING MOTION FOR DISMISSAL [Docket 13] |

Based upon the above Joint Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that this action, Case No. 07 CV 844 JM (BLM), is dismissed in its entirety as to defendant, with prejudice and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: September 27, 2007



The Honorable Jeffrey Miller
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

87581.1

1.

JOINT MOTION FOR DISMISSAL; AND
[PROPOSED] PROTECTIVE ORDER